No. 565. Aquilla Triplett, Petitioner, *v.* The United States. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles J. Hughes, Jr., Mr. R. S. Hall* and *Mr. John W. Lacey* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 579. Lon D. Marrs, Petitioner, *v.* Idella Emrick. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. I. W. Stephens* and *Mr. George E. Miller* for petitioner. *Mr. Charles Keith Bell* for respondent.

No. 580. Jacob Gold, Petitioner, *v.* The Southside Trust Company, Trustee, etc. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Lowrey C. Barton* for petitioner. No appearance for respondent.

No. 595. The Baltimore and Ohio Railroad Company, Petitioner, *v.* Edward Winters. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George E. Hamilton* and *Mr. F. A. Durban* for petitioner. No appearance for respondent.

No. 632. The Rosario Mining and Milling Company, a Corporation, Petitioner, *v.* Charles W.